Lawrence F. LITTEKEN, Appellant, v.
STATE, Appellee.
No. 25697.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

Ray Martin, Wichita Falls, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant has filed his personal affidavit requesting that this appeal from a conviction for a misdemeanor be dismissed.

The request is granted and the appeal is dismissed.

Opinion approved by the Court.

Henry ROSS, Appellant, v. STATE, Appellee.
No. 25706.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for possession of narcotic drugs; the punishment, 3 years in the penitentiary.

Appellant has filed his affidavit requesting that the appeal be dismissed.

The request is granted and the appeal is dismissed.

Opinion approved by the Court.

Chester Vaughn CAMPBELL, Appellant, v.
STATE, Appellee.
No. 25708.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of assault with intent to rape with the punishment assessed at eleven years in the penitentiary.

The record contains appellant's affidavit, properly executed, requesting that the appeal now be dismissed. The motion is granted and the appeal is dismissed.